HILDA P. PLOG, RESPONDENT, v. CITY OF CLIFTON, APPELLANT.

Argued May 22, 1941—Decided September 19, 1941.

For the respondent, *Mendelsohn & Mendelsohn.*

For the appellant, *John G. Dluhy.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, PERSKIE, PORTER, COLIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 13.

*For reversal*—None.

MAGGIE T. PLOCH, RESPONDENT, v. CITY OF CLIFTON, APPELLANT.

Argued May 22, 1941—Decided September 19, 1941.

For the respondent, *Mendelsohn & Mendelsohn.*

For the appellant, *John G. Dluhy.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Parker, Bodine, Perskie, Porter, Colie, Dear, Wells, Wolfskeil, Rafferty, Hague, Thompson, JJ.   13.

*For reversal*—None.

ALMA PERSON, APPELLANT, v. FIREMEN'S INSURANCE CO., RESPONDENT.

Argued May 22, 1941—Decided September 19, 1941.

For the appellant, *Charles Hershenstein.*

For the respondent, *Henry M. Grosman.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Donges in the Supreme Court.

*For affirmance*—The Chancellor, Parker, Porter, Colie, Dear, Wells, Wolfskeil, Hague, Thompson, JJ.   9.

*For reversal*—Bodine, Perskie, Rafferty, JJ.   3.